**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RASHAUD MONIQUE DIXON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-988-SDD-RLB** |
| **HANCOCK WHITNEY BANK, ET AL.** | |

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to its recommendations, proposed findings of fact, and conclusions of law. Failure to file written objections to the recommendations, proposed findings, and conclusions, within fourteen (14) days after being served, will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 14, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RASHAUD MONIQUE DIXON** **CIVIL ACTION**

**VERSUS** **NO. 25-988-SDD-RLB**

**HANCOCK WHITNEY BANK, ET AL.**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This Report and Recommendation is issued *sua sponte*. Plaintiff initiated this action on or about October 27, 2025 naming Hancock Whitney Bank and Heather Vitter, among others, as defendants. (R. Doc. 1). In addition, Plaintiff filed a Motion to Proceed in forma pauperis, which the Court subsequently granted. (R. Docs. 2, 3). On November 13, 2025, the Court issued an Order setting a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), to determine whether any part of this case should be dismissed as frivolous. (R. Doc. 4). The hearing was held on December 11, 2025 and Plaintiff was granted leave to amend her complaint to provide additional information in support of her claims. (R. Doc. 7).

On December 30, 2025, Plaintiff sought leave to file an amended complaint, which the Court subsequently granted on May 13, 2026. (R. Docs. 9, 10). Within the Court's Order, the Clerk's Office was directed to issue process to the defendants and Plaintiff was advised of her responsibility to serve the defendants. Plaintiff was further directed to file proof of service into the record within 60 days of the date of the Court's May 13th Order.

On August 25, 2026, the Court issued an Order to Show Cause directing Plaintiff to show cause, in writing, why her claims asserted against Hancock Whitney Bank and Heather Vitter should not be dismissed because of her failure to serve those defendants within the time allowed by Fed. R. Civ. P. Rule 4(m). (R. Doc. 14). Plaintiff was further advised that failure to file a

written response may result in the dismissal of her claims without further notice. There is no indication in the record that plaintiff has served the defendants. Additionally, plaintiff has otherwise made no additional filings or otherwise responded to the Court's order to show cause.

**RECOMMENDATION**

**IT IS RECOMMENDED** that Plaintiff's claims asserted against Hancock Whitney Bank and Heather Vitter be dismissed without prejudice for failure to serve those defendants within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on September 14, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**